**GREENBERG TRAURIG, LLP**
George M. Belfield (SBN 100272) (belfieldg@gtlaw.com)
Valerie W. Ho (SBN 200505) (hov@gtlaw.com)
Jeffrey F. Yee (SBN 193123) (yeej@gtlaw.com)
Kamran Salour (SBN 247983) (salourk@gtlaw.com)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiffs and Counterdefendants
Spin Master Ltd., Spin Master Inc., and Silverlit
Toys Manufactory Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation; SPIN MASTER INC., Delaware corporation, SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company,<br><br>                Plaintiffs,<br>vs.<br><br>YOUR STORE ONLINE, a Wisconsin limited liability company,<br><br>                Defendant.<br><br>YOUR STORE ONLINE, a Wisconsin limited liability company,<br><br>                Counterclaimant,<br>vs.<br><br>SPIN MASTER LTD., a Canadian corporation; SPIN MASTER INC., Delaware corporation, SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company,<br><br>                Counterdefendants. | CASE NO.  CV09-2121 CAS (JCx), consolidated with CV09-5803 CAS (JCx)<br><br>**PERMANENT INJUNCTION**<br><br>**Stipulation for Entry of Permanent Injunction and Dismissal Filed Concurrently Herewith**<br><br>**Judge:**  Hon. Christina A. Snyder<br><br>**Discovery Cutoff:** December 31, 2010<br>**Pre-Trial Conference:** May 23, 2011<br>**Trial Date:** July 5, 2011 |

**[PROPOSED] PERMANENT INJUNCTION**

LA 129,255,455v2 12-20-10

Having considered the Stipulation for Entry of a Permanent Injunction and Dismissal of Action submitted by Plaintiffs Silverlit Toys Manufactory Ltd. ("Silverlit"), Spin Master Inc., and Spin Master Ltd. (collectively, "Plaintiffs"), and Defendant Your Store Online, LLC ("Defendant"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Defendant, its successors, assigns, owners, principals, partners, shareholders, officers, directors, agents, servants, employees, any and all persons acting in concert or participation with Defendant, including but not limited to, Chris Reoch and Paul Reoch, are immediately and permanently enjoined from:

   a. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on websites or otherwise), or in any way commercially exploiting the Accused Cars as depicted in **Exhibits 1 - 6,** or any other toy cars that are a copy of, or are substantially similar to, the cars protected by the Toy Car-Sports Copyright (U.S. Copyright Registration No. VA 1-645-947) and/or Toy Car-Rugged Copyright (U.S. Copyright Registration No. VA 1-645-948);

   b. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on websites or otherwise), or in any way commercially exploiting any toy cars or products with a car base that is a copy of, or substantially similar to, the car base claimed in the '896 Patent (U.S. Patent No. D590,896), including but not limited to, the Accused Cars depicted in **Exhibits 1 - 6**;

   c. Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on websites or otherwise), or in any way commercially exploiting the MicroGear Clone, YSO Clone or X-Type as depicted in **Exhibits 10 - 11 and 17,** or any other toy helicopter that is a copy of, or is substantially similar to, the helicopter protected by the Helicopter

1

1  Copyright (U.S. Copyright Registration No. VAu694-351);

2             d.   Making, using, selling, offering for sale, importing into the United
3  States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying
4  (on websites or otherwise), or in any way commercially exploiting the Accused
5  Helicopters, as depicted in **Exhibits 7 - 17**, or any other toy helicopters that infringe one
6  or more claims of the '167, '168, and/or '984 Patents (U.S. Patent Nos. 7,425,167;
7  7,425,168; and 7,467,984, respectively);

8             e.   Using, imitating, copying, duplicating or otherwise commercially
9  exploiting the AIR HOGS Trademarks (U.S. Trademark Registration Nos. 2,723,271 for
10 AIR HOGS; 2,447,370 for AIR HOGS; and 2,986,817 for AIR HOGS and design) or any
11 mark confusingly similar to the AIR HOGS Trademarks;

12            f.   Using, imitating, copying, duplicating or otherwise commercially
13 exploiting the ZERO GRAVITY Trademark (U.S. Trademark Registration No.
14 3,210,297) or any mark confusingly similar to the ZERO GRAVITY Trademark;

15            g.   Using, imitating, copying, duplicating or otherwise commercially
16 exploiting the WALL CLIMBER Trademark (U.S. Trademark Registration No.
17 3,267,725) or any mark confusingly similar to the WALL CLIMBER Trademark;

18            h.   Using, imitating, copying, duplicating or otherwise commercially
19 exploiting the WALL RACER Trademark or any mark confusingly similar to the WALL
20 RACER Trademark;

21            i.   Using, imitating, copying, duplicating or otherwise commercially
22 exploiting the HAVOC HELI Trademark (U.S. Trademark Registration No. 3,518,868)
23 or any mark confusingly similar to the HAVOC HELI Trademark;

*LA 129,255,455v2 12-20-10*

      j.      Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on websites or otherwise), or in any way commercially exploiting any counterfeit or non-genuine Spin Master or Silverlit products that bear the AIR HOGS Trademarks, the ZERO GRAVITY Trademark, the WALL CLIMBER Trademark, the WALL RACER Trademark, the HAVOC HELI Trademark and/or any mark that is confusingly similar to any of these marks.

      k.      Purchasing, bidding for, or using the AIR HOGS Trademarks, the ZERO GRAVITY Trademark, the WALL CLIMBER Trademark, the WALL RACER Trademark, the HAVOC HELI Trademark, or confusingly similar trademarks, or various combinations of these trademarks, as key words or search terms in internet search advertising, including on search engines such as google.com, yahoo.com, and bing.com.

      l.      Making, using, selling, offering for sale, importing into the United States, marketing, reproducing, distributing, receiving, forwarding, shipping, displaying (on websites or otherwise), or in any way commercially exploiting the Accused UFO depicted in **Exhibit 18**, or any other toy flying saucer that is a copy of, or is substantially similar to, the flying saucer protected by the Flying Saucer Copyright (U.S. Copyright Registration No. VA 1-285-847);

      m.      Assisting, aiding or abetting another person or business entity in engaging in or performing any of the activities enumerated in subparagraphs (a) through (l) above.

2.      This Court has personal jurisdiction over the parties, Chris Reoch, and Paul Reoch with respect to this Action and this Stipulated Permanent Injunction.

3.      This Court has jurisdiction over the subject matter of this Action.

4.      Each party shall bear its own attorney's fees and costs in connection with this action; provided, however, that in the event any party files a motion, action or other

proceeding to enforce or interpret the terms of this Permanent Injunction or the Settlement Agreement, the prevailing party shall be entitled to recover all attorney's fees and other fees and costs incurred in connection with such a motion, action or enforcement proceeding.

5. This Court shall retain jurisdiction over this matter and to the extent necessary to interpret or enforce this Permanent Injunction or the Settlement Agreement and to determine any issues which may arise concerning this Permanent Injunction or the Settlement Agreement.

6. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this Civil Action are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 22, 2011

_____
Honorable Christina A. Snyder
U.S. District Court
Central District of California

LA 129,255,455v2 12-20-10